FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 MAR -2 PM

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF
JACKSONVILLE FL

ALLY FINANCIAL INC.,

    Plaintiff,

v.                                        Case No.: 3:09-cv-836-J-20JRK

JOHN DOMINIC SULLIVAN, et al.,

    Defendants.

_____/

## ORDER

This cause is before this Court on the Report and Recommendation (Doc. 174, entered February 11, 2011) issued by Magistrate Judge James R. Klindt. In the Report and Recommendation, Judge Klindt certifies facts and recommends that Plaintiff's Motion for Order of Contempt and to Enforce June 30, 2010 Order on Plaintiff's Motion to Compel from Defendants, John Dominic Sullivan and Melanie Sullivan, Responses to Requests for Production in Aid of Execution of Final Judgment (Doc. 93, filed July 23, 2010) be granted to the extent the undersigned should enter an order setting a hearing to determine whether a finding of contempt is warranted, and if so, the proper punishment. The parties were notified to file written objections to the findings and recommendations within fourteen days from the date of its filing. No objections have been filed. After independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Order of Contempt (Doc. 93, filed July 23, 2010) is **GRANTED** to the extent a hearing on whether the Sullivans should be held in contempt and incarcerated until

they comply with the June 30, 2010 Order is scheduled for Wednesday, March 16, 2011, at 2:00 p.m. in Courtroom 10C.

2. The Sullivans may purge themselves of any possible penalties by agreeing with Plaintiff to comply with the June 30, 2010 Order (Doc. 78) anytime before the hearing, which will be cancelled if Plaintiff notifies this Court that it is satisfied with the Sullivans' responses.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of March, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Charles Martin Tatelbaum, Esq.
Jason S. Miller, Esq.
Steven D. Ginsburg, Esq.
Dock A. Blanchard, Esq.
Richard Alan Perry, Esq.
John Dominic Sullivan, *Pro Se*
Melanie Sullivan, *Pro Se*